REID ICE CREAM CORPORATION, Respondent, v. SAMUEL NEHAN, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

DOROTHY REIMAN, Administratrix, etc., of JOHN REIMAN, Deceased, Respondent, v. LOUIS POLLOWITZ and LIONEL SAVARY, Defendants. YELLOW TAXI CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

KENNETH W. TODD, Respondent, v. LOUIS WULFSOHN, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

UNIT HOUSING, INC., Appellant, v. ALBERT B. ECKERSON and Others, Respondents.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

EMMA V. VOGEL, an Infant, by CHRISTIAN VOGEL, Her Guardian ad Litem, Respondent, v. LOUIS SHEPELOFF and SARAH F. SHEPELOFF, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

CAROLYN WIROSTEK and Another, Respondents, v. UNION DISCOUNT COMPANY, INC., Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

MOLLY ABEDOR, Respondent, v. LOUIS SCHWARTZ, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

ARKAY FINANCE CORPORATION, Respondent, v. PILCO HIDE CORPORATION and Others, Defendants. DAVE GOLDBERG, Appellant.*—Order granting plaintiff's motion for summary judgment, and judgment entered thereon, affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell and Scudder, JJ., concur; Lazansky, P. J., and Kapper, J., dissent upon the ground that the affidavits show that there is an issue to be tried.

CARRIE ASKELSEN, as Administratrix, etc., of LARS ASKELSEN, Deceased, Appellant, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event. The testimony adduced on behalf of plaintiff presented a clear case requiring submission to the jury of the questions of defendant's negligence and plaintiff's contributory negligence, if any. (Albano v. Mediterranean Stevedoring Co., Inc., 211 App. Div. 121.) Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.